```
1   RENE L. VALLADARES
    Federal Public Defender
2   Nevada State Bar No. 11479
    RICK MULA
3   Assistant Federal Public Defender
    411 E. Bonneville, Ste. 250
4   Las Vegas, Nevada 89101
    (702) 388-6577/Phone
5   (702) 388-6261/Fax
    Rick_Mula@fd.org
6
    Attorney for JJW Casiano Meza-Cadenas
7
```

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JJW CASIANO MEZA-CADENAS,<br><br>　　　　　Defendant. | Case No. 2:24-cr-00046-APG-DJA<br><br>**STIPULATION TO CONTINUE PRE-TRIAL MOTION DEADLINES ONLY**<br>(Third Request) |

　　　　IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Justin J. Washburne, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Rick Mula, Assistant Federal Public Defender, counsel for JJW Casiano Meza-Cadenas, that the parties herein shall have to and including October 2, 2024, to file any and all pretrial motions and notices of defense.

　　　　IT IS FURTHER STIPULATED AND AGREED, by and between the parties, that they shall have to and including October 16, 2024, to file any and all responsive pleadings.

　　　　IT IS FURTHER STIPULATED AND AGREED, by and between the parties, that they shall have to and including October 23, 2024, to file any and all replies to dispositive motions.

　　　　The Stipulation is entered into for the following reasons:

1. Since filing the last request for a continuance, counsel for the defendant met with Mr. Meza-Cadenas on two occasions to discuss a potential resolution of the case.

2. Mr. Meza-Cadenas requires additional time to consider the potential resolution.

3. The defendant is incarcerated.

4. The parties agree to the continuance.

This is the third stipulation to continue filed herein.

DATED this 30th day of August, 2024.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
| By /s/ Rick Mula<br>RICK MULA<br>Assistant Federal Public Defender | By /s/ Justin J. Washburne<br>JUSTIN J. WASHBURNE<br>Assistant United States Attorney |

2

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>    v.<br><br>JJW CASIANO MEZA-CADENAS,<br><br>      Defendant. | Case No. 2:24-cr-00046-APG-DJA<br><br>ORDER |

    Good cause appearing,

    IT IS THEREFORE ORDERED that the parties herein shall have to and including October 2, 2024 to file any and all pretrial motions and notice of defense.

    IT IS FURTHER ORDERED that the parties shall have to and including October 16, 2024 to file any and all responses.

    IT IS FURTHER ORDERED that the parties shall have to and including October 23, 2024 to file any and all replies.

    DATED this __3rd__ day of September, 2024.

                                             UNITED STATES DISTRICT JUDGE