# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| United States,<br><br>    Plaintiff,<br><br>v.<br><br>Casiano Meza-Cadenas,<br><br>    Defendant. | Case No. 2:24-cr-00046-APG-DJA<br><br>**Order** |

Before the Court is Defendant's motion to request discovery (ECF No. 23) and motion to dismiss counsel (ECF No. 24). Defendant has filed these motions on his own behalf even though he is represented by counsel. However, "once an attorney makes an appearance on behalf of a party, that party may not personally file a document with the court; all filings must thereafter be made by the attorney." Nevada Local Rule IA 11-6. If Defendant would like his attorney to withdraw, he must first have that conversation with his attorney, who can then file a motion to withdraw.

**IT IS THEREFORE ORDERED** that Defendant's motions (ECF Nos. 23, 24) are **denied.** The Clerk of Court is kindly directed to send a copy of this order to Defendant at the below address:

**Casiano Meza-Cadenas**

2190 East Mesquite Avenue

Pahrump, Nevada 89060

DATED: September 9, 2024

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE